SEPTEMBER 20, 1988

No. 88–322. AMBICO, INC., ET AL. v. DIAMOND SCIENTIFIC CO. C. A. Fed. Cir. Certiorari dismissed under this Court's Rule 53.

SEPTEMBER 23, 1988

No. 87–796. CITIES SERVICE GAS CO. ET AL. v. MOBIL OIL CORP. ET AL. C. A. 10th Cir. Certiorari dismissed under this Court's Rule 53.

No. A–216. PRESTON v. FLORIDA. Application for stay of execution of sentence of death, presented to JUSTICE KENNEDY, and by him referred to the Court, granted pending the timely filing and disposition by this Court of a petition for writ of certiorari. Should the petition for writ of certiorari be denied, this stay terminates automatically. In the event the petition for writ of certiorari is granted, this stay shall continue pending the sending down of the judgment of this Court.

SEPTEMBER 26, 1988

No. A–240. MEYERS, GUARDIAN AD LITEM v. LEWIS. Ct. App. Mich. Application for stay, presented to JUSTICE SCALIA, and by him referred to the Court, denied. Motion of petitioner to dispense with printing the petition for writ of certiorari denied.

No. A–244. LEWIS v. LEWIS. Ct. App. Mich. Application for stay, presented to JUSTICE SCALIA, and by him referred to the Court, denied.

SEPTEMBER 27, 1988

No. 87–1782. GORDON v. UNITED STATES. C. A. 11th Cir. Certiorari dismissed under this Court's Rule 53.